829 F.2d 32
 Orchard (Robert)
v.
Covelli (Albert, Josephine, Sylvestro), a/k/a Covelli
(Sam), Milligan (John T.), McDonald's Corporation, Peach
St., Inc., Peninsula Drive, Inc., 2170 East Lake Road,
Inc., 1311 Broad Street, Inc., 2650 Twenty-Sixth Street,
Inc., 1115 Sass, Inc.
 NO. 87-3125
 United States Court of Appeals,
Third Circuit.
 AUG 19, 1987
 
 1
 Appeal From: W.D.Pa.,
 
 652 F.Supp. 1173
 
 2
 AFFIRMED.